PS 8
(12/04)

# UNITED STATES DISTRICT COURT
## for the
## District of New Jersey

U.S.A. vs. **John Serubo**                              Docket No. **05-00755-001**

### Petition for Action on Conditions of Pretrial Release

      COMES NOW **Mertice Evans** PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant **John Serubo**, who was placed under pretrial release supervision by the **Honorable William G. Bassler** sitting in the Court at Newark, New Jersey, on October 20, 2005, under the following conditions:

1.) $500,000 Unsecured Appearance Bond;
2.) Pretrial Services supervision;
3.) Travel restricted to Florida and to New Jersey for court purposes;
4.) Do not obtain any travel documents;
5.) Continue mental health counseling;
6.) Continue drug counseling;
7.) Refrain from employment in financial services.

      Respectfully presenting petition for action of Court and for cause as follows:

The defendant has a history of alcohol and cocaine abuse. He currently attends Alcoholic Anonymous meetings and is involved in mental health counseling. From June 2005 through August 2005, he attended an addictions treatment program, namely, Challenges, in Florida. The defendant is currently being supervised by our office in the Southern District of Florida. Pretrial Services is recommending an amendment of release conditions to include drug and/or alcohol testing/treatment as deemed appropriate by Pretrial Services. The assistant U.S. attorney and defense counsel have been notified and have no objection to this suggested modification.

PRAYING THAT THE COURT WILL ORDER **DRUG AND/OR ALCOHOL TESTING/TREATMENT AS DEEMED APPROPRIATE BY PRETRIAL SERVICES.**

ORDER OF COURT

Considered and ordered this __27th__ day of __February__, __2006__ and ordered filed and made a part of the records in the above case.

_____
U.S. District Judge

RECEIVED
WILLIAM T. WALSH, CLERK

I declare under penalty of perjury that the foregoing is true and correct.

2006 FEB 28 P 2: 27

Executed on __UNITED STATES DISTRICT COURT__

_____
Sandra Bravo, Supervisory
U.S. Pretrial Services Officer

_____
Mertice Evans
U.S. Pretrial Services